Jeffery T. Martin, Jr., VSB #71860
**TAYMAN LANE CHAVERRI LLP**
2001 L St. NW
Suite 500
Washington, DC  20036
202-921-4070
jmartin@tlclawfirm.com

Morris S. Bauer, Esq. (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-5429
(973) 424-2037
MSBauer@duanemorris.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Carl Gregory Leckner | Case No. 21-12043-BFK |
| Debtor | |
| AmeriCredit Financial Services, Inc., d/b/a GM Financial | |
| Plaintiff | Adv. Pro. No. 22-01018-BFK |
| v. | |
| Carl Gregory Leckner | |
| Defendant | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)((1)(A)(i), as incorporated by Federal Rule of Bankruptcy Procedure 7041, the Plaintiff, AmeriCredit Financial Services, Inc., d/b/a GM Financial, hereby dismisses all causes of action in the complaint against Carl Gregory Leckner.

Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(i) is therefore appropriate.

Dated: July 11, 2022

**TAYMAN LANE CHAVERRI LLP**

By: /s/ Jeffery T. Martin, Jr.
 Jeffery T. Martin, Jr., VSB #71860
 2001 L St. NW
 Suite 500
 Washington, DC  20036
 202-921-4070
 jmartin@tlclawfirm.com

**DUANE MORRIS LLP**

By: /s/ Morris S. Bauer
 Morris S. Bauer, Esq. (*pro hac pending*)
 1037 Raymond Blvd., Suite 1800
 Newark, NJ 07102-5429
 (973) 424-2037

*Attorneys for AmeriCredit Financial Services, Inc., d/b/a GM Financial*

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, a copy of the foregoing Notice was served by email on the Defendant.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.